**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

AUG - 7 2012

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Criminal No. |
| | § | |
| QUAYLAN ANDERSON | § | **3-12CR-234-B** |
| | § | |

### INDICTMENT

The Grand Jury Charges:

Count One
Production of Child Pornography
(Violation of 18 U.S.C. § 2251(a) and (e))

On a date between on or about December 2, 2011, and on or about December 5, 2011, in the Dallas Division of the Northern District of Texas, **Quaylan Anderson**, defendant, knowingly used, persuaded, induced and enticed Jane Doe, a person under the age of eighteen (18) years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which were produced using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, by using a Samsung, T-Mobile cellular telephone to create visual depictions of Jane Doe, a minor who was then 13 years old, engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256, including the following described images/videos:

**Indictment - Page 1**

| Filename | Description |
|---|---|
| Photo-0060.jpd | A still image file depicting Jane Doe sitting on a bed on her knees. The focus of the image is her bare buttocks, in which her anus is displayed. |
| Photo-0062.jpg | A still image file depicting an exposed, erect penis being held in front of the opening of Jane Doe's buttocks (close up). |
| Video-0011.3gp | A video file depicting the defendant engaged in vaginal sexual intercourse with Jane Doe. |
| Video-0012.3gp | A video file depicting the defendant engaged in vaginal sexual intercourse with Jane Doe. |
| Video-0013.3gp | A video file depicting Jane Doe performing oral sexual intercourse on the defendant. |
| Video-0014.3gp | A video file depicting the defendant engaged in vaginal sexual intercourse with Jane Doe. Jane Doe is naked. |

In violation of 18 U.S.C. § 2251(a) and (e).

Indictment - Page 2

Count Two
Sex Trafficking of a Minor
(Violations 18 U.S.C. §§ 1591(a) and (b)(1), and 2)

From in or around December 2, 2011, through on or about December 5, 2011, in

the Northern District of Texas, **Quaylan Anderson**, defendant, knowingly, in and

affecting interstate commerce, recruited, enticed, harbored, transported, provided,

obtained, and maintained by any means a person, namely Jane Doe, a 13-year old girl,

knowing and in reckless disregard of the fact that Jane Doe had not attained the age of 18

years and would be caused to engage in a commercial sex act, and benefitted, financially

and by receiving anything of value, from participation in a venture, which has engaged in

such acts, by using a cell phone to advertise and promote Jane Doe's services as a

prostitute and accepting money in exchange for such prostitution.

In violation of 18 U.S.C. §§ 1591(a) and (b)(1), and 2.

A TRUE BILL

*Andrea L. Tuggle*
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

LISA J. MILLER
Assistant United States Attorney
Oklahoma State Bar No. 16795
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8809
Lisa.Miller@usdoj.gov

**Indictment - Page 3**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

QUAYLAN ANDERSON

### INDICTMENT

18 U.S.C. § 2251(a) and (e)
Production of Child Pornography

18 U.S.C. §§ 1591(a) and (b)(1), and 2
Sex Trafficking of a Minor

2 Counts

A true bill rendered

_____

DALLAS                                        FOREPERSON

Filed in open court this _____ day of August, A.D., 2012.

-----------------------------------------------------------------------

                                                         Clerk

**WARRANT TO ISSUE**

-----------------------------------------------------------------------

UNITED STATES DISTRICT/MAGISTRATE JUDGE

No Magistrate Number Pending

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| Related Case Information |
|---|
| Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number: _____ |
| Search Warrant Case Number _____ |
| R 20 from District of _____ |
| Magistrate Case Number: |

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes   ☒ No

   Defendant Name _____ **QUAYLAN ANDERSON** _____

   Alias Name _____

   Address _____

   _____

   County in which offense was committed: _____ Dallas, Texas _____

2. **U.S. Attorney Information**

   **AUSA LISA J. MILLER**          **Oklahoma State Bar # 16795**

3. **Interpreter**

   ☐ Yes   ☐ No      If Yes, list language and/or dialect:

   ☐ ORIGINAL

4. **Location Status WARRANT TO ISSUE**

   Arrest Date

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

   RECEIVED
   AUG - 7 2012
   CLERK U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

5. **U.S.C. Citations**

   **3-12CR-234-B**

   Total # of Counts as to This Defendant: **2**      ☐ Petty ☐ Misdemeanor ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 2251(a) and (e) | Production of Child Pornography | 1 |
   | 18 U.S.C. §§ 1591(a) and (b)(1), and 2 | Sex Trafficking of a Minor | 2 |

Date: <u>August 6, 2012</u>      Signature of AUSA:

LISA J. MILLER